# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

___

L. MILLER,

    Plaintiff,

    V.                                    Case No. 6:22-cv-03262-RK

COSTCO WHOLESALE CORPORATION,,

    Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

    The Court ORDERS that Defendant's motion for summary judgment (Doc. 49) is (1) GRANTED as to Plaintiff's claim for disability discrimination, and (2) DENIED as moot as to a claim for retaliation because no such claim was asserted in the complaint.

    **IT IS SO ORDERED.**

Dated: December 14, 2023                              /s/ Paige Wymore-Wynn
                                                                                        Clerk of the Court

Entered: December 15, 2023                             /s/ LaTandra Wheeler
                                                                                     Deputy Clerk